**Denied and Opinion Filed March 3, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00096-CV

### IN RE TRACY NIXON, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09145**

## MEMORANDUM OPINION
Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Nowell

In his February 9, 2021 petition for writ of mandamus, relator challenges the

trial court's partial summary judgment order dismissing claims against the insurance

company. Entitlement to mandamus relief requires relator to show that the trial court

clearly abused its discretion and that he lacks an adequate appellate remedy. *In re*

*Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and record, we conclude that the petition is

deficient, *see* TEX. R. APP. P. 52.3 and 52.7, and that, in any event, relator has an

adequate appellate remedy, *see In re Brown*, No. 05-19-00877-CV, 2019 WL

3334622, *1 (Tex. App.—Dallas July 25, 2019) (mem. op.) (establishing that adequate appellate remedy exists for challenge to grant of partial summary judgment). Accordingly, we deny the petition for writ of mandamus.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

210096F.P05